1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   CYNTHIA FREY (DCBN 475889)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        cynthia.frey@usdoj.gov

8

    Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                 NORTHERN DISTRICT OF CALIFORNIA

11

                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )   NO. CR- 19-372 EMC
                                           )   [FILED AUGUST 13, 2019]
14          Plaintiff,                     )
                                           )
15      v.                                 )
                                           )
16  ANTHONY TYLER NASHATKA,                )
                                           )
17          Defendant.                     )
                                           )
18  _____)

19  UNITED STATES OF AMERICA,              )   NO. CR-21-145 VC
                                           )   [FILED APRIL 9, 2021]
20          Plaintiff,                     )
                                           )   NOTICE OF RELATED CASE IN A CRIMINAL
21      v.                                 )   ACTION
                                           )
22  ANTHONY NASHATKA,                      )
                                           )
23          Defendant.                     )
                                           )
24  _____)

25          The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26  that the two above-captioned criminal cases are related.  Both cases involve the same defendant and

27  similar criminal activity, specifically cyber-crime, during the same timeframe.  It is expected that this

28  defendant will plead to both matters at the same time.  Based upon these facts, the cases are related

1    within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and similar events

2    and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2)

3    because, if heard by separate judges, the actions likely would involve substantial duplication of labor by

4    the two judges.

5          Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment

6    of these cases to a single judge is likely to conserve judicial resources and promote an efficient

7    determination of each action.

8    DATED: April 14, 2021                              Respectfully submitted,

9                                                       STEPHANIE M. HINDS
                                                        Acting United States Attorney
10

11                                                      *Cynthia Frey*

12                                                      _____
                                                        CYNTHIA FREY
13                                                      Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
U.S. v. NASHATKA                                                              v. 7/10/2018