```
EAN VIZZI, CAL SBN 209444
Law Office of Ean Vizzi
345 Franklin St.
San Francisco CA 94102
Telephone: 415/757-0322
Fax: 415-520-6400

Attorney for Defendant
ANTHONY NASHATKA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTHONY NASHATKA,<br><br>           Defendant.<br>_____/ | CR-19-0372-EMC<br>CR-21-0145-EMC<br><br>MOTION FOR TRANSFER OF PRETRIAL SUPERVISION TO THE NORTHERN DISTRICT OF CALIFORNIA; DECLARATION OF EAN VIZZI IN SUPPORT OF APPLICATION |

COMES NOW, Defendant ANTHONY NASHATKA, by and through his attorney EAN VIZZI, and hereby moves this Court for an order transferring Pretrial Services Supervision from the Eastern District of Michigan to the Northern District of California.

The reason for this motion is that Mr. NASHATKA seeks to move Oakland, California from his current residence in Michigan. Mr. NASHATKA has made arrangements to move by the middle of June and has an apartment lined up and intends to move in with his girlfriend.  Mr. NASHATKA has been under supervision by Pretrial Services in Michigan since his bond conditions were set in September 2019 and has had no violations since that time.  Mr. NASHATKA has pled guilty pursuant to a negotiated plea agreement entered in May 2021   He remains on pretrial supervision terms

through Sentencing which is currently scheduled on September 15, 2022.

Mr. NASHATKA's Pretrial Services Officer in Michigan, Tacarra Lanzon, has been consulted and she has expressed no objections to his proposed move.  Assistant United States Attorney Cynthia Frey has also been consulted and has expressed no objection to this request.

In support of this application, the undersigned Ean Vizzi hereby declares:

1. I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California, I am the attorney of record for ANTHONY NASHATKA in the above entitled case, whom I represent pro bono.

2. Mr. NASHATKA is charged with the following offenses: Count 1: violation of 18 U.S.C. §1030(b), Conspiracy to Commit Computer Fraud and Abuse; Count 2: violation of 18 U.S.C. §1030(a)(5)(A), (c)(4)(B)(i) and (c)(4)(A)(i)(VI), Transmission of a Program, Information, Code and Command to Cause Damage to a Protected Computer; Count 3: violation of 18 U.S.C. §1030(a)(4) and (c)(3)(A), Unauthorized Access to a Protected Computer to Obtain Value; Count 4: violation of 18 U.S.C. §1349, Conspiracy to Commit Wire Fraud; and Count 5: 18 U.S.C. §1028A(a)(1), Aggravated Identity Theft.

3. Mr. NASHATKA currently lives in Michigan.  He seeks to relocate to Oakland, California, which is in the Northern District of California, where he intends to live with his girlfriend who will be attending school nearby.

4. Mr. NASHATKA has been supervised throughout this matter since his arraignment in September 2019 by Pretrial Services and has not suffered any violations during that time period. Mr. NASHATKA has pled guilty pursuant to a negotiated plea agreement entered in May 2021  He remains on pretrial supervision terms through Sentencing which is currently scheduled on September 15, 2022.

5. Assistant United States Attorney Cynthia Frey has been advised of this proposed move and has expressed no objection Eastern District of Michigan Pretrial Services Officer Tacarra Lanzon has been advised of this proposed move by the defendant and has no objection to his proposed move.

I, therefore, request that this Court order that Mr. NASHATKA be allowed to move to Oakland, California and that his pretrial supervision be transferred to the Northern District of California forthwith.

Mr. NASHATKA will continue to be in contact with Pretrial Services and counsel and will report to Pretrial Services in the Northern District of California as directed.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this 24th day of August, 2022, at San Francisco, California.

                                                /s/ EAN VIZZI
                                                EAN VIZZI
                                                Attorney for Defendant
                                                ANTHONY NASHATKA